**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CRYSTAL KENNEDY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:09-CV-2295-WSD |
| v. ) | |
| ) | |
| CAMPBELL SOUP COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ANSWER AND DEFENSES OF
DEFENDANT CAMPBELL SOUP COMPANY**

Comes now Defendant Campbell Soup Company ("Campbell") and, through counsel, files this its Answer and Defenses as follows:

**FIRST DEFENSE**

The plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

The plaintiff is guilty of negligence proximately causing or contributing to the plaintiff's damages, if any.

1

## **THIRD DEFENSE**

The sole proximate cause of the plaintiff's damages, if any were sustained, was the negligence of a person or persons or entity for whose acts or omissions defendant was and is in no way liable.

## **FOURTH DEFENSE**

If defendant were negligent – which is denied – nevertheless, the plaintiff, in the exercise of ordinary care, could have avoided the consequences of any alleged negligence on the part of this defendant with the result that the plaintiff is not entitled to recover in this cause against defendant.

## **FIFTH DEFENSE**

If defendant were negligent – which is denied – nevertheless, the negligence of the plaintiff was equal to or greater than any alleged negligence on the part of defendant, with the result that the plaintiff is not entitled to recover against defendant in this cause.

## **SIXTH DEFENSE**

The plaintiff assumed the risk of any alleged damages which may have been suffered.

## SEVENTH DEFENSE

There was no defect in a product manufactured by defendant with the result that the plaintiff is not entitled to recover against defendant in this cause

## EIGHTH DEFENSE

If there were any defect in the product – which is denied – nevertheless, there was no causal connection between any alleged defect and defendant's product on the one hand and any damage to the plaintiff on the other hand with the result that the plaintiff is not entitled to recover against defendant in this cause.

## NINTH DEFENSE

Defendant neither had nor breached any duty of any kind to the plaintiff with the result that the plaintiff is not entitled to recover against defendant in this cause.

## TENTH DEFENSE

The sole proximate cause of the plaintiff's damages, if any, was a combination of the negligence of the plaintiff and the negligence of a person or persons, firm or firms, corporation or corporations, for whose acts or omissions this defendant was and is in no way liable with the result that the plaintiff cannot recover in this cause against defendant.

## ELEVENTH DEFENSE

Defendant shows that it has not been guilty of any negligence, fault, or wrongful conduct whatsoever; defendant has no liability whatsoever to the plaintiff; and the plaintiff's Complaint should be dismissed.

## TWELFTH DEFENSE

The plaintiff failed to exercise ordinary care for her own safety such that the plaintiff is not entitled to recover.

## THIRTEENTH DEFENSE

The conditions which lead to the product's alleged improper condition resulted from misuse, negligence, alteration, modification, accident, or other acts by a person or persons for whose acts or omissions defendant was and is in no way liable.

## FOURTEENTH DEFENSE

Defendant neither had nor breached any alleged duty to warn with respect to the product, with the result that the plaintiff is not entitled to recover in this cause.

## FIFTEENTH DEFENSE

The food product, which the plaintiff claims was adulterated or contaminated, was not adulterated or contaminated, or if it was adulterated or contaminated it became so after it left the control of defendant.

## SIXTEENTH DEFENSE

The plaintiff's claims are barred by the applicable statutes of limitation and repose.

## SEVENTEENTH DEFENSE

The plaintiff's suit is void and not subject to renewal in this Court as a result of a prior dismissal.

## EIGHTEENTH DEFENSE

Campbell incorporates its affirmative defenses and responds to the individually numbered paragraphs in the plaintiff's Complaint as follows:

1.

Defendant is without sufficient knowledge or information to enable it to form a belief as to the truth of the allegations in Paragraph 1 of the plaintiff's Complaint regarding the actions of the plaintiff or any other individual. Defendant denies that its product caused any injury to the plaintiff and denies any other remaining allegations in Paragraph 1 of the plaintiff's Complaint.

2.

Defendant is without sufficient knowledge or information to enable it to form a belief as to the truth of the allegations in Paragraph 2 of the plaintiff's Complaint.

3.

Defendant admits the allegations in Paragraph 3 of the plaintiff's Complaint.

4.

Defendant admits the allegations in Paragraph 4 of the plaintiff's Complaint.

5.

Defendant admits the allegations in Paragraph 5 of the plaintiff's Complaint.

6.

Defendant denies that Plaintiff suffered injuries as a result of consuming a can of Defendant's Crème of Asparagus Soup. Defendant is without sufficient knowledge or information to enable it to form a belief as to Plaintiff's state of citizenship. Defendant admits the remaining allegations in Paragraph 6 for jurisdictional purposes only.

7.

Defendant denies that Plaintiff was injured by its product. Defendant is without sufficient knowledge or information to enable it to form a belief as to the truth of the remaining allegations in Paragraph 7 of the plaintiff's Complaint.

8.

Defendant denies the allegations in Paragraph 8 of the plaintiff's Complaint.

9.

Defendant denies the allegations in Paragraph 9 of the plaintiff's Complaint

10.

Defendant denies the allegations in Paragraph 10 of the plaintiff's Complaint

11.

Defendant denies the allegations in Paragraph 11 of the plaintiff's Complaint

12.

Defendant denies the allegations in Paragraph 12 of the plaintiff's Complaint as stated by the plaintiff. Defendant admits that it fulfilled all applicable duties placed upon it by law.

13.

Defendant denies the allegations in Paragraph 13 of the plaintiff's Complaint as stated by the plaintiff. Defendant admits that it fulfilled all applicable duties placed upon it by law.

14.

Defendant denies the allegations in Paragraph 14 of the plaintiff's Complaint.

15.

Defendant denies the allegations in Paragraph 15 of the plaintiff's Complaint.

WHEREFORE, having fully answered the Complaint of the plaintiff, defendant denies each and every allegation not specifically referred to herein by number; denies any and all allegations contained in the plaintiff's "WHEREFORE" paragraph or any sub-part thereto; denies any liability to the plaintiff and requests that it be discharged hence with prejudice and with its reasonable costs of court; and prays for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 20th day of October 2009.

*/s/ Taylor Tapley Daly*
Taylor Tapley Daly
Georgia Bar No. 697887
Taylor.daly@nelsonmullins.com
M. Maran White
Georgia Bar No. 558202
maran.white@nelsonmullins.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta GA 30363
PH: (404) 322-6000
FX: (404) 322-6050

**Attorneys for Campbell Soup Company**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL KENNEDY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO. 1:09-CV-2295-WSD |
| v. | ) |
| | ) |
| CAMPBELL SOUP COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of October, 2009 filed the foregoing **ANSWER AND DEFENSES OF DEFENDANT CAMPBELL SOUP COMPANY** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

>Wanda S. Jackson, Esq.
>3800 Camp Creek Parkway
>Bldg 1200 Ste 150
>Atlanta  GA  30331

>*/s/ Taylor Tapley Daly*
>Taylor Tapley Daly
>Georgia Bar No. 697887
>Taylor.daly@nelsonmullins.com

>***Attorneys for Campbell Soup Company***