UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL KENNEDY,<br><br>       Plaintiff,<br><br>vs.<br><br>CAMPBELL SOUP COMPANY, INC.,<br><br>       Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-2295-WSD |

## J U D G M E N T

This action having come before the court, the Honorable William S. Duffey, Jr., United States District Judge, for consideration of the defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia this 19th day of January, 2010.

                                                   JAMES N. HATTEN
                                                   CLERK OF COURT

                                                 By: s/ Amy Cash
                                                     Deputy Clerk

Prepared & Filed
In the Clerk's Office
   January 19, 2010
James N. Hatten
Clerk of Court

By:   s/ Amy Cash
        Deputy Clerk